UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

OBED FERNANDEZ and
SILVIA FERNANDEZ

Chapter 13
Case No: 6:15-bk-10150-CCJ

    Debtor(s)
_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtor(s) request entry of an order referring the Debtor(s) and Iberia Bank to mortgage modification mediation and in support states:

1. The Debtor(s) filed this Chapter 13 case in an attempt to retain their primary residence.

2. The Debtor(s) would like to modify the terms of the mortgage(s) encumbering the residential property located at 1437 Coluso Dr., Winter Garden, FL 34787 and loan number ending in 4473. The Debtor(s) income will allow them to contribute as much as 31 percent of their current gross income to payment of the modified mortgage debt.

3. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of the modification of the relevant mortgage(s).

4. Debtor(s) will pay the $250.00 mediation cost to the Mediator prior to attending any scheduled mediation.

Wherefore, Debtor(s) request the entry of an order referring this case to mediation and for such other and further relief as theis Court deems just and proper.

DATED: April 4, 2016

                                                      Respectfully submitted,
                                                      Attorney for Debtor(s)

                                                      /s/MATTHEW R. GROSS, J.D., P.A.
                                                      MATTHEW R. GROSS, J.D., P.A.
                                                      Florida Bar No.: 49863

                                                      Attorney for Debtor(s)
                                                      Matthew R. Gross, J.D., P.A.

1101 Douglas Ave.<br>
Altamonte Springs, FL 32714<br>
Ph. (407) 403-5936<br>
Fax (407) 842-7248<br>
mrg@mrgjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been provided electronically or by United States mail on this 4th day of April, 2016 to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, Florida 32790-3450 and to Creditor, Iberia Bank Direct, 200 West Congress Street, Lafayette, LA 70501.

/s/MATTHEW R. GROSS, J.D., P.A.
MATTHEW R. GROSS, J.D., P.A.
Florida Bar No.: 49863